FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 27 PM 1:40

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

JAMES LEE PARTIN,)
)
    Plaintiff,)
)
v.)    Case No. CV607-033
)
TOOMBS COUNTY JAIL, and)
RICHARD JACKSON,)
)
    Defendants.)

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27 day of August, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA